Order Form (01/2005)
Case 1:06-cv-03573  Document 112  Filed 07/15/08  Page 1 of 1

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3573 | **DATE** | 7/15/2008 |
| **CASE TITLE** | John P. Miller et al vs. James G. Herman et al | | |

**DOCKET ENTRY TEXT**

Enter MEMORANDUM, OPINION AND ORDER: For the foregoing reasons, defendants James G. Herman's and James G. Herman & Associates, Inc.'s motion to dismiss for lack of subject matter jurisdiction [79] is granted. This case is terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUL 15  PM 3:04
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | TSA |
|---|---|---|